UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Michael D. Massey
(Name of plaintiff or plaintiffs)

CIVIL ACTION NO.

v.

S.M. Lawrence Co., Inc. and Comfort Systems USA, Inc
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for

      employment discrimination. Jurisdiction is specifically conferred in the Court by 42

      U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5

      (g).

2.   Plaintiff, Michael D. Massey

            (name of plaintiff)

is a citizen of the United States and resides at
3602 Oak Hollow Circle, Apt. 104, Shelby County, Memphis, TN 38116

(street address)        (city)         (county)                    (state)

901-515-8378 ; 731-736-1700

         (telephone number)

3.    Defendant   S.M. Lawrence Co., Inc. and Comfort Systems USA, Inc
               (defendant's name)

Page 1 of 4

lives at, or its business is located at

 245 Preston Street    Jackson      Madison County        Tennessee

(street address)      (city)        (county)              (state)

 38301            731-423-0112

(zip code)          (telephone number)

4.     Plaintiff sought employment from the defendant or was employed by the defendant at
 245 Preston Street  Jackson    Madison            Tennessee

(street address)   (city)    (county)             (state)

38301          731-423-0112

(zip code)        (telephone number)

5.     Defendant: discriminated against plaintiff in the manner indicated in paragraph 9 of this
       complaint on or about:

        July 2005 through September 2007
       (month)            (day)              (year)

6.     Plaintiff filed charges against the defendant with the Tennessee Fair Employment
       Commission charging defendant with the. acts of discrimination indicated in
       paragraph 9 of this complaint on or about

        February 12, 2007 and April 13, 2007
       (month)            (day)            (year)

7.     Plaintiff filed charges against the defendant with the Equal Employment Opportunity
       Commission charging defendant with the acts of discrimination indicated in paragraph 9
       of this complaint on or about

                            Page 2 of 4

February 12, 2007 and April 13, 2007 _____
(month)              (day)                    (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue which
   was received by plaintiff on

July _____ 29 _____ 2008 _____
(month)              (day)                    (year)

a copy of which notice is attached to this complaint.

9. Because of plaintiff's          (1) __X__ race, (2) _____ color,
                                   (3) __X__ sex,  (4) ___ religion,
                                   (5) national origin, defendant
                                   (6) __X____ retaliation
   (a) _____              failed to employ plaintiff.
   (b) __X__                 terminated plaintiff's employment
   (c) _____              failed to promote plaintiff.
   (d) __X__                 (OTHER)__Job assignment; racial harassment_____

10. The circumstances under which defendant discriminated against plaintiff were as

follows:

 I was subjected to racial slurs and sexual comments by my supervisor. I was not reassigned jobs
and my work went to a white female. After I complained to the EEOC, I was given less work and
eventually terminated. _____

11. The acts set forth in paragraph 9 of this complaint

   (a) _____       are still being committed by defendant.

   (b) __X__          are no longer being committed by defendant.

   (c) _____       may still be being committed by defendant.

12. Plaintiff attached to this complaint a copy of the charges filed with the Equal

    Employment Opportunity Commission which charges are submitted as a brief statement

    of the facts supporting this complaint. I also make a claim under 42 U.S.C. § 1981 for

    racial discrimination and retaliation.

Page 3 of 4

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

(a)        _____        Defendant be directed to employ plaintiff, or

(b)        _____        Defendant be directed to re-employ plaintiff, or

(c)        _____        Defendant be directed to promote plaintiff, or.

(d)        __X__        Defendant be directed to <u>pay me back pay, compensatory damages, and punitive damages.</u>

and that the Court grant such other relief as nay be appropriate, including injunctive orders, damages costs and attorney's fees.

*Michael Massey*

SIGNATURE OF PLAINTIFF

Page 4 of 4

EEOC Form 161 (2/08)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Michael D. Massey<br>319 W. Forest Avenue<br>Jackson, TN 38301 | From: | Memphis District Office<br>1407 Union Avenue<br>Suite 901<br>Memphis, TN 38104 |
|---|---|---|---|

| [ ] | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 490-2007-01933 | Dwight V. Johnson,<br>Investigator | (901) 544-0164 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Katharine W. Kores,
Director

JUL 2 9 2008

(Date Mailed)

Enclosures(s)

cc: **Don Donati
Donati Law Firm
1545 Union Avenue
Memphis, TN 38104**

EEOC Form 161 (2/08)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Michael D. Massey<br>319 W. Forest Avenue<br>Jackson, TN 38301 | From: | Memphis District Office<br>1407 Union Avenue<br>Suite 901<br>Memphis, TN 38104 |
|---|---|---|---|

| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 490-2007-01228 | **Dwight V. Johnson,**<br>Investigator | (901) 544-0164 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Katharine W. Kores,
**Director**

JUL 2 9 2008

*(Date Mailed)*

Enclosures(s)

cc: **Elizabeth Low**
**Attorney**
**Baker,Donelson,Caldwell**
**165 Madison Ave., Suite 2000**
**Memphis, TN 38103**

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 490-2007-01228 |

**Tennessee Human Rights Commission** and EEOC

*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Michael D. Massey | (731) 935-2766 | 1959 |

Street Address                                   City, State and ZIP Code

**319 W. Forest Avenue, Jackson, TN 38301**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **S. M. LAWRENCE/COMFORT SYSTEMS, USA** | 201 - 500 | (731) 423-0112 |

Street Address                                   City, State and ZIP Code

**245 Preston,  Jackson, TN 38301**

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address                                   City, State and ZIP Code

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest            Latest |
| ☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN | 07-01-2005      01-31-2007 |
| ☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify below.)* | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired with the above named employer since October 17, 1003.  I am currently in the position of Pipe Fitter.  Since July 2005, I have been subjected to racial slurs and sexual comments by my Supervisor and the Project Manager.  On February 7, 2007, the project I was assigned to ended and I have not been allowed to return back to work or be reassigned to another project.  I believe I have been discharged or laid off.  A White female was hired performing the duties I performed.

I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
FEB 12 2007
EQUAL EMPLOYMENT OPPORTUNITY COMM.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| | *Michael Massey* |
| **Feb 12, 2007** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date          Charging Party Signature | 2/10/07 |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 490-2007-01933 |

| Tennessee Human Rights Commission | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.)<br>**Mr. Michael D. Massey** | Home Phone (Incl. Area Code)<br>**(731) 935-2766** | Date of Birth<br>**1959** |
|---|---|---|

| Street Address<br>**319 W. Forest Avenue** | City, State and ZIP Code<br>**Jackson, TN 38301** | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**S M LAWRENCE/COMFORT SYSTEMS USA** | No. Employees, Members<br>**15 - 100** | Phone No. (Include Area Code)<br>**(901) 423-0112** |
|---|---|---|

| Street Address<br>**245 Preston Street** | City, State and ZIP Code<br>**Jackson, TN 38301** | |
|---|---|---|

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **04-10-2007**   Latest **04-10-2007**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about April 10, 2007, I was removed from the Embassy Suites job site and sent to Exxon job site. The job at the Embassy Suites was not completed at the time I was removed. Johnny Cooper (W/m) Superintendent asked me how I installed the toilets, once I told him how I installed them, he told me all but one was done incorrectly (installed 20). I explained this is how I have been doing them all alone and never had a complaint. I have been employed as a pipe fitter since on or about October 17, 2003.

I believe that I have been discriminated against because of my race (Black) and in retaliation for filing a previous charge of discrimination (490-2007-01228) all in violation of Title VII of the Civil Rights Act of 1964, as amended in that when Eric (W/m) incorrectly installed some vents that failed the inspection, he was not removed from the job site.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Apr 13, 2007**<br>Date       Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>4/13/07 |